Daniel T. Quinn
Alaska Bar No. 8211141
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, AK 99501
Phone: (907) 276-5727
Fax: (907) 276-2953
dquinn@richmondquinn.com

Attorneys for Defendant
The Home Depot U.S.A., Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BARBARA JOHNSON, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:13-cv-_____ |
| ) | |
| vs. ) | |
| ) | **DEFENDANT'S NOTICE OF** |
| THE HOME DEPOT U.S.A., INC., ) | **REMOVAL** |
| ) | |
| Defendant. ) | |
| ) | |

TO:     Clerk of the United States District Court
           For The District of Alaska

AND TO:  Darryl L. Jones

COMES NOW defendant, The Home Depot U.S.A., Inc., and hereby gives notice that pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, it has this day filed in the United States District Court for the District of Alaska this Notice of Removal of the following action: <u>Barbara Johnson v. The Home Depot U.S.A., Inc.</u>, which was filed

Case 3:13-cv-00127-RRB   Document 1   Filed 07/09/13   Page 1 of 4

in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, Case No. 3AN-13-07297 Civil. You are also notified that defendant has filed a copy of this Notice of Removal with the Clerk of the Superior Court for the Third Judicial District at Anchorage, Case No. 3AN-13-07297 Civil, and that this action is thereby removed from the Superior Court to the United States District Court. (See Exhibit A hereto, "Notice of Removal".)

This Notice of Removal is being filed within thirty days after initial receipt of the complaint and is, therefore, timely filed under 28 U.S.C. § 1446(b). Service was effected on the corporate agent for service of process for defendant on June 17, 2013. Pursuant to 28 U.S.C. 1446(b), the notice of removal "shall be filed within thirty days after the receipt of the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable." A copy of plaintiff's Summons and Complaint are attached as Exhibit B.

Plaintiff is a citizen of the State of Alaska.

Defendant The Home Depot U.S.A., Inc. is a Delaware Corporation, with its principal place of business in Atlanta, Georgia. The amount in controversy exceeds $75,000.00.

Defendant's Notice of Removal
Johnson v. The Home Depot U.S.A., Inc., Case No. 3:13-cv-_____ CI
Page 2 of 4

Case 3:13-cv-00127-RRB   Document 1   Filed 07/09/13   Page 2 of 4

Based on diversity of citizenship, this Court has removal jurisdiction over this action, and defendant is entitled to remove this action to this Court from the Superior Court for the State of Alaska.

DATED this 9th day of July, 2013, at Anchorage, Alaska.

RICHMOND & QUINN

By /s/ Daniel T. Quinn
Daniel T. Quinn
Alaska Bar No. 8211141
360 K Street, Suite 200
Anchorage, AK 99501
Ph: (907) 276-5727
Fax: (907) 276-2953
dquinn@richmondquinn.com

Attorneys for Defendant
The Home Depot U.S.A., Inc.

Defendant's Notice of Removal
Johnson v. The Home Depot U.S.A., Inc., Case No. 3:13-cv-_____ CI
Page 3 of 4

Case 3:13-cv-00127-RRB   Document 1   Filed 07/09/13   Page 3 of 4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of July, 2013, a copy of the foregoing was served by mail on the following:

Darryl L. Jones
905 Photo Avenue
Anchorage, AK 99503


/s/ Daniel T. Quinn
RICHMOND & QUINN

2219\014\PLD\Notice of Removal – Federal

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

Defendant's Notice of Removal
Johnson v. The Home Depot U.S.A., Inc., Case No. 3:13-cv-_____ CI
Page 4 of 4

Case 3:13-cv-00127-RRB   Document 1   Filed 07/09/13   Page 4 of 4