IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT

BARBARA JOHNSON )
)
        Plaintiff(s), )
)
vs. )
)
THE HOME DEPOT U.S.A., INC. )
)
        Defendant(s), )
)
_____ ) Case No. 3AN-13-_____ Civil

## COMPLAINT FOR DAMAGES

COMES NOW, the plaintiff, BARABARA A. JOHNSON, by and through her attorney, Darryl L. Jones and for a complaint against defendant, HOME DEPOT U.S.A., INC., and each of them, complains and alleges as follows:

I.

Plaintiff, Barbara A. Johnson, is a resident of the State of Alaska, in the Third Judicial District, at Anchorage.

II.

That at all times herein mentioned, Defendant Home Depot U.S.A., Inc. was a licensed corporation conducting business in the State of Alaska.

III.

That All events stated and alleged in this complaint occurred in the Third Judicial District of the State of Alaska, at Anchorage.

Exhibit B
Page 1 of 4 Pages
Case 3:13-cv-00127-RRB Document 1-2 Filed 07/09/13 Page 1 of 4

IV

That on or about June 3, 2011, plaintiff Barbara Johnson was in defendant's store in Anchorage, Alaska. While shopping for home remolding supplies, she attempted to pull out a sink that was on the floor in a box underneath Clearance Rack. The weight labeling was not visible and there were no warning signs. Plaintiff attempt to pull out the box to inspect the sink and as she did so, the box handle broke due to the weight of the sink and plaintiff fell to the ground, injuring her shoulder.

V

That defendant or its' agents negligently failed to remove the sink from the box for display and sale and/or failed to properly warn the plaintiff of the weight of the box and/or place cautionary signs. As a direct result of said negligence, plaintiff Barbara Johnson suffered Plaintiff is free of any contributory negligence.

## FIRST CAUSE OF ACTION

VI

Plaintiff re-alleges and incorporates the facts and allegations of paragraphs I through V into this First Cause of Action.

VII

As a result of defendant's negligent acts and /or omissions, plaintiff suffered physical permanent injuries, mental anguish, permanent scarring, lost income, medical expenses, and pain and suffering for the remainder of her life, all to plaintiff's damages in an amount exceeding THREE HUNDRED AND FIFTY THOUSAND DOLLARS ($350,000.00), the exact amount to be proven at trial.

Exhibit 13
Page 2 of 4 Pages

DARRYL L. JONES
ATTORNEY AT LAW
905 PHOTO AVENUE
ANCHORAGE, ALASKA 99503
PH:(907) 278-1212 FAX:(907) 278-1213

## VIII

WHEREFORE, plaintiff prays for a judgment against the defendant as follows:

    (a)    For compensatory damages, in the sum to be proven at trial in excess of THREE HUNDRED AND FIFTY THOUSAND DOLLARS ($350,000.00) for plaintiff;

    (b)    For pre-judgment and post-judgment interest;

    (c)    For costs and attorney fees; and

    (d)    For such other relief as the court deems just and equitable.

DATED this 24th day of May 2013 at Anchorage, Alaska.

*[signature]*
Darryl L. Jones, Esq.
Attorney for Plaintiff
ABA #8811188

DARRYL L. JONES
ATTORNEY AT LAW
905 PHOTO AVENUE
ANCHORAGE, ALASKA 99503
PH: (907) 278-1212 FAX: (907) 278-1213

Exhibit B
Page 3 of 4 Pages

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

Barbara Johnson
Plaintiff(s),

vs.

The Home Depot U.S.A Inc.
Defendant(s).

CASE NO. 3AN-13 07297CI

SUMMONS AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT

To Defendant: The Home Depot U.S.A Inc.

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney or plaintiff (if unrepresented) Darryl L. Jones, whose address is: 905 Photo Avenue Anchorage, Alaska 99503.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form *Notice of Change of Address / Telephone Number* (TF-955), available at the clerk's office or on the court system's website at www.courts.alaska.gov/forms.htm, to inform the court. - OR - If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

[X] This case has been assigned to Superior Court Judge Miller and Master _____.

[ ] This case has been assigned to District Court Judge _____.

CLERK OF COURT

May 24, 2013
Date

By: KKraig
Deputy Clerk

Exhibit B
Page 4 of 4 Pages

I certify that on 5/24/13 a copy of this Summons was [ ] mailed [X] given to
[ ] plaintiff [X] plaintiff's counsel along with a copy of the
[ ] Domestic Relations Procedural Order [ ] Civil Pre-Trial Order
to serve on the defendant with the summons.
Deputy Clerk KK

* The State or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

CIV-100 ANCH (6/10)(st.3)                                          Civil Rules 4, 5, 12, 42(c), 55
SUMMONS